IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05-CR-221 |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| MICHAEL ALLEN BRANCH | ) | |
| DEFENDANT | ) | |
| _____ | ) | |

**THE MATTER** is before the court upon motion of Defendant for a continuance of the trial of this matter from the July 11, 2006, Criminal Term to a subsequent term of court.

**The court finds** for the reasons stated in Defendant's motion that Defendant has sufficient cause for a continuance in this matter. The court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that the Defendant's motion for continuance of the trial of this matter from the July 11, 2006, Criminal Term is **granted** and the trial in this case is to be continued to the November 27, 2006 term of court.

IT IS SO ORDERED.

Signed: July 7, 2006

Frank D. Whitney
United States District Judge